# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1538

_____

| | | |
|---|---|---|
| In re: David P. Lindsey, | * | |
| | * | |
| Debtor, | * | |
| ---------------------------------- | * | |
| | * | |
| Northland National Bank, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | Bankruptcy Appellate Panel |
| | * | for the Eighth Circuit. |
| David P. Lindsey, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: September 26, 2011
Filed: September 29, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this adversary proceeding brought pursuant to 11 U.S.C. § 523(a)(2)(B), Northland National Bank (Northland) appeals from the decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] judgment denying

_____

[1]The Honorable Jerry W. Venters, United States Bankruptcy Judge for the Western District of Missouri.

Northland's objection to debtor David Lindsey's discharge in bankruptcy. Having reviewed the bankruptcy court's factual findings for clear error and its conclusions of law de novo, we agree with the BAP that the bankruptcy court's findings were supported by the record and were not clearly erroneous. See In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002) (standards of review); see also 11 U.S.C. § 523(a)(2)(B) (discharge under provisions of bankruptcy code does not discharge individual debtor from debt to extent obtained by use of statement in writing that is (i) materially false; (ii) respecting debtor's financial condition; (iii) on which creditor to whom debtor is liable reasonably relied; and (iv) that debtor caused to be made or published with intent to deceive); First Nat'l Bank of Olathe v. Pontow, 111 F.3d 604, 608 (8th Cir. 1997) (to bar discharge under § 523(a)(2)(B), creditor must prove each statutory element by preponderance of evidence). Accordingly, we affirm. See 8th Cir. R. 47B.

_____